UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

TINA KIRBY

       Plaintiff,           CASE NO.:  3:16-CV-01263-HES-JBT

-vs-

CREDIT ONE BANK, N.A.

       Defendant.

## NOTICE OF PENDING SETTLEMENT

Plaintiff, TINA KIRBY, by and through the undersigned counsel, hereby notifies the Court that the parties, Plaintiff, TINA KIRBY, and Defendant, CREDIT ONE BANK, N.A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                         */s/Frank H. Kerney, III, Esquire*
                                         Frank H. Kerney, III, Esquire
                                         Florida Bar #: 88672
                                         Morgan & Morgan, Tampa, P.A.
                                         One Tampa City Center
                                         201 North Franklin Street, 7th Floor
                                         Tampa, FL 33602
                                         Telephone: (813) 223-5505
                                         Facsimile:  (813) 223-5402
                                         fkerney@forthepeople.com
                                         jkneeland@forthepeople.com
                                         cfallara@forthepeople.com
                                         Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice will be sent to the following by the Court's Electronic Filing System: Ashley N. Rector, Esquire, Sessions, Fishman, Nathan & Israel, L.L.C., 3350 Buschwood Park Drive, Suite195, Tampa, FL 33618 (arector@sessions.legal); Dayle M. Van Hoose, Esq., Sessions, Fishman, Nathan & Israel, L.L.P., 3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618 (dvanhoose@sessions.legal; evap@sessions.legal).

/s/Frank H. Kerney, III, Esquire
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.